**ENGLISH–SPEAKING UNION, Appellant**

v.

**James JOHNSON, et al., Appellees.**

No. 08–7032.

United States Court of Appeals, District of Columbia Circuit.

March 26, 2009.

Rehearing and Rehearing En Banc Denied June 10, 2009.

Frederic Willard Schwartz, Jr., Law Office of Frederic W. Schwartz, Jr., Washington, DC, for Appellant.

Janet M. Nesse, Stinson Morrison Hecker, LLP, Washington, DC, for Appellees.

BEFORE: TATEL, BROWN, and GRIFFITH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 15, 2008, 2008 WL 141490, be affirmed. The bankruptcy court properly overruled appellant's objections to the proposed settlement agreement because the allowed claims of the two secured creditors with priority higher than appellant would have consumed the entire sales proceeds had the matter been fully litigated. Thus, no

inequity existed to make equitable subordination appropriate, and no basis existed for the bankruptcy court to disallow any inflated claims. *See* 11 U.S.C. § 510(c); *U.S. v. Noland,* 517 U.S. 535, 538–39, 116 S.Ct. 1524, 134 L.Ed.2d 748 (1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.